

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00084-CV

| | | |
|---|---|---|
| In re Gregory Scott Mizer | § | From County Criminal Court No. 4 of |
| | § | Denton County (CA-2012-00001 CCA) |
| | § | May 30, 2013 |
| | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered relator Gregory Scott Mizer's petition for writ of mandamus and is of the opinion that relief should be granted in part. Accordingly, Mizer's petition is conditionally granted in part and we order Respondent, the Honorable Joe Bridges, to set aside the October 26, 2012 order dismissing Mizer's appeal and to enter a scheduling order granting Mizer fifteen days to file a brief. All other relief requested is denied. A writ of mandamus will issue only in the event that the Honorable Joe Bridges fails to comply with our instructions within thirty days of the date of this opinion.

It is further ordered that each party shall bear their own costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
      Justice Bob McCoy